## CIVIL COVER SHEET
## FORM JS-44
## ATTACHMENT

I. (c): Attorneys for Plaintiffs

Clayton S. Morrow (PA I.D. 53521)
Morrow & Artim, PC
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Telephone: (412) 209-0656

Jon B. Fougner
600 California Street, 11th Fl.
San Francisco, CA 94108
Telephone: (434) 623-2843
*Subject to Pro Hac Vice*