# EXHIBIT A

# (215) 757-0689

1 owner found

Owner: Robert M Dailey
Address:  RICHBORO, PA 18954



## Phone Number Registration

Type: Land Line
Carrier: Verizon Pennsylvania Inc
Registered in: Langhorne, PA

The information in this report is drawn from publicly available records and/or research performed by a trained search specialist. While we strive to provide the most complete, accurate information possible, we are limited by the available records, which are sometimes incomplete, inaccurate or not updated promptly.

## Owner of (215) 757-0689

According to our best available information, this person is the owner of the number you searched.

### Robert M Dailey


RICHBORO, PA 18954

**Addresses** 2 found

REDACTED

[ Confirm ]

**Phone Numbers** 0 found

No phone numbers available

**Relatives** 5 found

Jennifer L Borys
Dolly Dailey

**View Full Profile**

## Address & Phone History                                                                 2 found

According to our best available information, this is the address & phone history for the owner of the number you searched.

Click an address to zoom the map

1  REDACTED
   Richboro, PA 18954

2  REDACTED
   Bensalem, PA 19020-

Unlimited reports for onl$9.95/mo.  [ Learn Mor ]

✖

## Relatives of Robert Dailey                                                          5 found

According to our best available information, these are current relatives, former relations, or cohabitants of the owner of the number you searched.

### Jennifer Borys
REDACTED

Phone:
Aliases:     Jennifer L Dailey   1 found
Relatives:   Robert Dailey   6 found

### Dolly Dailey
REDACTED

Phone:       None found
Aliases:     None found
Relatives:   Katie Dailey   4 found

### Katie Dailey
REDACTED

Phone:       None found
Aliases:     None found
Relatives:   Dolly Dailey   5 found

### Blanche Dailey
REDACTED

Phone:       None found
Aliases:     None found
Relatives:   Dolly Dailey   5 found

### Kevin Dailey
REDACTED

Phone:       None found
Aliases:     None found
Relatives:   Dolly Dailey   5 found

## Receipt                                                                   05/11/18 1:10 pm

Thank you for your order. This report will be available for 45 days.

| ORDER | DESCRIPTION | PRICE | TAX | TOTAL |
| --- | --- | --- | --- | --- |
| #126674419 | Unlimited reports for only $9.95/mo.  Learn More<br>Phone Report | $4.95 | $0.00 | $4.95 |