### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MACY'S INC., DEPARTMENT STORES NATIONAL BANK, FDS BANK, and MACY'S CREDIT AND CUSTOMER SERVICES, INC.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 18-1382 |

## ORDER

AND NOW, this ____ day of _____ 2018, upon consideration of the Motion of Defendant Department Stores National Bank to Dismiss the Complaint, and any response thereto, it is hereby **ORDERED** that:

1. The Motion to Dismiss is **GRANTED**; and
2. The Complaint is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Pratter, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW PERRONG,<br><br>       Plaintiff,<br><br>  v.<br><br>MACY'S INC., DEPARTMENT STORES NATIONAL BANK, FDS BANK, and MACY'S CREDIT AND CUSTOMER SERVICES, INC.,<br><br>       Defendants. | CIVIL ACTION NO. 18-1382 |

## **ORDER**

  AND NOW, this \_\_\_\_ day of _____ 2018, upon consideration of the Motion of Defendant Department Stores National Bank to Strike Class Claims from the Complaint, and any response thereto, it is hereby **ORDERED** that:

  1.  The Motion to Strike is **GRANTED**; and

  2.  The Plaintiff's class claims are **STRICKEN**.

                      _____
                             Pratter, J.