## CERTIFICATE OF SERVICE

I, Daniel JT McKenna, hereby certify that, on May 14, 2018, I caused a copy of the foregoing Motion to Dismiss or Strike Plaintiff's Class Claims from the Complaint, Memorandum of Law and Exhibit, and Proposed Orders to be served via ECF upon the following:

| | |
|---|---|
| Clayton S. Morrow, Esq.<br>csm@consumerlaw365.com<br>Marrow & Artim, PC<br>304 Ross Street, 7th Floor<br>Pittsburgh, PA 15219<br>T:  412.209.0656<br><br>*Attorneys for Plaintiff* | Jon B. Fougner, Esq.<br>Jon@FougnerLaw.com<br>600 California Street, 11th Fl<br>San Francisco, CA 94108<br>T:  434.623.2843<br>F:  206.338.0783<br><br><br>*/s/ Daniel JT McKenna*<br>Daniel JT McKenna<br>mckennad@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103-7599<br>T: 215.665.8500<br>F: 215.864.8999<br><br>*Attorneys for Defendants* |