DATE OF NOTICE:         May 29, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **MACY'S, INC., et al.,** | : | **No. 18-1382** |
| *Defendants*. | : | |

## NOTICE OF ORAL ARGUMENT

An Oral Argument on Defendant Department Stores National Bank's Motion to Dismiss (Docket No. 10) has been scheduled to be held on Friday, July 27, 2018 at 2:00 p.m. before the Hon. Gene E.K. Pratter, in Courtroom 10B, 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

S/Shelli L. MacElderry
Shelli L. MacElderry for
Rose A. Barber
Deputy Clerk – Civil
For Judge Gene E.K. Pratter
267-299-7352

Copies sent by ECF to:
Clayton S. Morrow
Jon B. Fougner
Daniel J.T. McKenna
Jenny Perkins
Wesley S. Stevenson