IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG** | : | |
| | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-1382 |
| **MACY'S INC., et al.** | : | |
| | : | |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 31st day of August, 2018, upon consideration of the parties' report that they have reached a settlement in principle in this matter, and upon review of the pending motions in the case, **it is ORDERED** that the parties shall file a joint status report on the docket no later than September 21, 2018.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge