IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG,<br>    *Plaintiff*,<br><br>v.<br><br>MACY'S INC., ET AL.,<br>    *Defendants*. | CIVIL ACTION<br><br>No. 18-1382<br>**Judge Gene E.K. Pratter** |

## JOINT STATUS REPORT

  The parties respectfully submit this joint status report pursuant to the Court's September 4, 2018 order, Dkt. No. 26.

  The parties apprised the Court on August 14, 2018 that they had reached a resolution in principle on the individual claims and were working on the language of a written settlement agreement. The parties continue to work diligently to finalize the agreement.

## **SIGNATURE ATTESTATION**

The CM / ECF user filing this paper hereby certifies that concurrence in its filing has been obtained from its other signatory.

RESPECTFULLY SUBMITTED AND DATED this 21st day of September, 2018.

| | |
|---|---|
| */s/ Daniel JT McKenna* | */s/ Jon B. Fougner* |
| Daniel JT McKenna | Jon B. Fougner |
| mckennad@ballardspahr.com | jon@fougnerlaw.com |
| BALLARD SPAHR LLP | 600 California Street, 11th Fl. |
| 1735 Market Street, 51st Fl. | San Francisco, CA 94108 |
| Philadelphia, PA 19103 | Telephone: (434) 623-2843 |
| T: (215) 665-8500 | Facsimile: (206) 338-0783 |
| F: (215) 864-8999 | *Admitted Pro Hac Vice* |
| **Counsel for Defendants** | **Counsel for Plaintiff** |

## CERTIFICATE OF SERVICE

I, Elanor A. Mulhern, hereby certify that on September 21, 2018, I served the foregoing Joint Status Report on all counsel of record for Plaintiff by ECF.

*/s/ Elanor A. Mulhern*
Elanor A. Mulhern