# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PERRONG,<br>　　　　*Plaintiff,*<br><br>v.<br><br>MACY'S INC., ET AL.,<br>　　　　*Defendants.* | CIVIL ACTION<br><br>No. 18-1382<br>**Judge Gene E.K. Pratter** |

## STIPULATION OF DISMISSAL

　　Having reached a settlement, all parties, through their undersigned counsel, hereby stipulate to and respectfully request the Court's dismissal of the entire above-captioned matter, without prejudice with respect to the putative class claims, with costs and fees to be borne as incurred. The dismissal of Plaintiff's individual claims shall be deemed without prejudice until Plaintiff receives a fully executed copy of the settlement agreement, and with prejudice thereafter.

## [PROPOSED] ORDER OF DISMISSAL

For good cause shown, and pursuant to the stipulation of all parties, this case is hereby dismissed without prejudice with respect to the putative class claims, with costs and fees to be borne as incurred. The dismissal of Plaintiff's individual claims shall be deemed without prejudice until Plaintiff receives a fully executed copy of the settlement agreement, and with prejudice thereafter.

IT IS SO ORDERED.

Dated:

                                                   Gene E.K. Pratter
                                                   United States District Judge

- 3 -

**SIGNATURE ATTESTATION**

The CM / ECF user filing these papers hereby certifies that concurrence in their filing has been obtained from its other signatory.

RESPECTFULLY SUBMITTED AND DATED this 12th day of October, 2018.

| | |
|---|---|
| */s/ Daniel JT McKenna* | */s/ Jon Fougner* |
| Daniel JT McKenna | Jon Fougner |
| Counsel for Defendants | Counsel for Plaintiff |

## CERTIFICATE OF SERVICE

I, Jon Fougner, hereby certify that on October 12, 2018, I served the foregoing papers on all counsel of record for Defendants by CM / ECF.

*S/ Jon B. Fougner*
Jon B. Fougner (CA State Bar No. 314097)
Email: Jon@FougnerLaw.com
600 California Street, 11th Fl.
San Francisco, CA 94108
Telephone: (434) 623-2843
Facsimile: (206) 338-0783
*Admitted Pro Hac Vice*

*One of the Attorneys for the Plaintiff*