## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ANDREW PERRONG** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | |
| **v.** | : | |
| | : | **FILED** |
| **MACY'S INC., et al.** | : | OCT 1 9 2018 |
| | : | **NO. 18-1382** |
| *Defendants.* | : | KATE BARKMAN, Clerk |
| | | By_____Dep. Clerk |

### O R D E R

**AND NOW**, this 19th day of October, 2018, upon consideration of the parties'
Stipulation of Dismissal (Doc. No. 29), **it is ORDERED** as follows:

1. Plaintiff's putative class claims[1] are **DISMISSED WITHOUT PREJUDICE**, as if
   they had been voluntarily withdrawn by the named plaintiff, with costs and fees to be
   borne as incurred;

2. Plaintiff's individual claims shall be **HELD IN ABEYANCE**, pending the Court's
   receipt of a fully executed copy of the settlement agreement.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

---

[1]     This litigation was initially styled as a class action.  No motion for class certification has
been filed, and, not surprisingly, no class has been certified.  The Court understands that the
parties have not presumed to try to settle any issue on behalf of any person other than the
individual named plaintiff, Andrew Perrong.  Hence, the terms of this Order.