## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW PERRONG** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| v. | : | |
| **MACY'S INC. et al.** | : | |
| | : | **NO. 18-1382** |
| *Defendants*. | : | |

### O R D E R

**AND NOW**, this 11th day of March, 2019, upon consideration of this Court' October 19, 2018 Order dismissing Plaintiff's putative class claims without prejudice and requiring the parties to submit an executed settlement agreement before dismissing Plaintiff's individual claims with prejudice (Doc. No. 30) and the parties' fully executed settlement agreement, **it is ORDERED** that:

1. Plaintiff's individual claims are **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E. K. Pratter
GENE E.K. PRATTER
United States District Judge